IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAJI MUHAMMED, individually and as Administrator of the ESTATE of HAKIM JACKSON, Deceased, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 11-5004 |
| v. | : : | |
| FORMER PENNSYLVANIA STATE POLICE COMMISSIONER FRANK PAWLOWSKI, et al., | : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 7th day of March, 2012, it is hereby ORDERED that:

1. The Motion to Dismiss of Defendants Varacalli, Crozer-Chester, and Salvucci (Docket No. 73) is DENIED.

2. Defendant Kiliddar's Motion to Dismiss (Docket No. 74) is DENIED.

3. All Moving Defendants shall answer the Second Amended Complaint no later than March 20, 2012.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
**C. DARNELL JONES, II   U.S.D.J.**