IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAJI MOHAMMED, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-5004 |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE PENNSYLVANIA STATE | : | |
| POLICE SUPERVISORS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 22nd day of October, 2013, upon consideration of Police Defendants' Motion for Partial Summary Judgment ("Pol. Defs. Mot. Summ. J.") (Dkt. No. 147), Hospital Defendants Motion for Partial Summary Judgment ("Hosp. Defs. Mot. Summ. J.") (Dkt. No. 149) and the responses thereto (Dkt. Nos. 173, 175. 179 & 180), it is hereby ORDERED as follows:

1. Pol. Defs. Mot. Summ. J. is GRANTED as to Counts II, V, and IX.

2. Pol. Defs. Mot. Summ. J. is DENIED as to all other Counts.

3. Hosp. Defs. Mot. Summ. J. is DENIED as to all Counts.

4. A telephone status conference call shall take place on November 21, 2013 at 3:30 p.m., to be initiated by Plaintiff's counsel.

BY THE COURT:

*/s/ C. Darnell Jones, II*
_____
C. DARNELL JONES, II